Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT

MAY 20 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIO D. SIMMONS, | Case No. CV 07-135-DDP (PJW) |
| Petitioner, | |
| v. | JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, et al., | |
| Respondents. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 5-20-08

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\SIMMONS, K 135\Judgment.wpd